```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10  DANTE MAURICE LEWIS,         )   CASE NO. ED CV 08-1493-R (PJW)
                                 )
11            Petitioner,        )
                                 )   J U D G M E N T
12       v.                      )
                                 )
13  A. HEDGPETH,                 )
                                 )
14            Respondent.        )
                                 )
15  _____)
16       Pursuant to the Order Adopting Findings, Conclusions, and
17  Recommendations of United States Magistrate Judge,
18       IT IS ADJUDGED that the Petition is denied and this action is
19  dismissed with prejudice.
20       DATED:   March 15, 2010
21
22
23
24                               _____
                                 MANUEL L. REAL
25                               UNITED STATES DISTRICT JUDGE
26
27
28  S:\PJW\Cases-State Habeas\KENNEDY, E 3447\Judgment.wpd
```